606 A.2d 357

STATE OF NEW JERSEY, v. GLEN H. TRUESDALE.

February 14, 1992.

Petition for certification is granted and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).

Jurisdiction is not retained.

606 A.2d 357

STATE OF NEW JERSEY, v. MARIA BERRIO–HERNANDEZ.

February 14, 1992.

Petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Brana,* 127 *N.J.* 64, 601 *A.*2d 1160 (1992) and *State v. Dillihay,* 127 *N.J.* 42, 601 *A.*2d 1149 (1992).

Jurisdiction is not retained.

606 A.2d 357

STATE OF NEW JERSEY, v. FAUSTO
B. HEREIDA A/K/A "CHI–CHI".

February 14, 1992.

Petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in the light

of *State v. Brana*, 127 *N.J.* 64, 601 *A.*2d 1160 (1992) and *State v. Dillihay*, 127 *N.J.* 42, 601 *A.*2d 1149 (1992).

Jurisdiction is not retained.

606 A.2d 358

STATE OF NEW JERSEY, v. KASSEEM X. ROBINSON.

February 19, 1992.

Petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration of the sentence in the light of *State v. Lagares*, 127 *N.J.* 20, 601 *A.*2d 698 (1992).

Jurisdiction is not retained.

606 A.2d 358

STATE OF NEW JERSEY, v. JESUS QUINTANA.

March 9, 1992.

Petition for certification is granted, and it is further